AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Puerto Rico

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )     Case No. 15-1285(M)
)
- One (1) Omega Desktop computer no serial number, the computer is black )
in color with a metal casing. )
)

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Judicial____ District of ____Puerto Rico____
*(identify the person or describe the property to be searched and give its location)*:

- One (1) Omega Desktop computer no serial number, the computer is black in color with a metal casing.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See ~~Affidavit in support.~~ Attachments A and B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ____9/18/15____
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.    ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge ~~Marcos E. López~~ on duty .
        *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 9/4/15 at 4:21 p.m.                    *[signature]*
                                                                                                *Judge's signature*

City and state:   San Juan, Puerto Rico                MARCOS E. LOPEZ
                                                                                       U.S. Magistrate Judge
                                                                                 *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 3  15 cr 00458 | Date and time warrant executed: 12-21-2015 | Copy of warrant and inventory left with: Ccv Robert Perchiski |
| Inventory made in the presence of : SA Vazquez Jose / SA Mitchell Perez ||| 
| Inventory of the property taken and name of any person(s) seized: <br> 1- omega desktop computer with no serial number. <br> Analysis done by USPS016 1-11-2016 received |||

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2-1-2016

Executing officer's signature

Jose Vazquez S/A
*Printed name and title*

| | | |
|---|---|---|
| **Case #:** 15UISJ2182HC07HC<br>**Item ID:** 14345-18 | **Category::**<br>**Description:**<br>**Old Date Field:**<br>**Location:** | COMPUTERS<br>Toshiba laptop black with cord. password: bernalice235<br><br>Item currently 'Checked Out' |
| **Case #:** 15UISJ2182HC07HC<br>**Item ID:** 14345-19 | **Category::**<br>**Description:**<br>**Old Date Field:**<br>**Location:** | COMPUTERS<br>Desktop Omega brand looks to be a homemade computer. Used for business. No powercord and may not function.<br><br>Item currently 'Checked Out' |
| **Case #:** 15UISJ2182HC07HC<br>**Item ID:** 14345-22 | **Category::**<br>**Description:**<br>**Old Date Field:**<br>**Location:** | DIGITAL MEDIA<br>USB drive attache unknown<br><br>Item currently 'Checked Out' |
| **Case #:** 15UISJ2182HC07HC<br>**Item ID:** 14345-25 | **Category::**<br>**Description:**<br><br><br><br>**Old Date Field:**<br>**Location:** | DIGITAL MEDIA<br>SD cards 3 each<br>8 mb<br>16 mb<br>512 mb<br><br>Item currently 'Checked Out' |
| **Case #:** 15UISJ2182HC07HC<br>**Item ID:** 14345-29 | **Category::**<br>**Description:**<br>**Old Date Field:**<br>**Location:** | CELL PHONE<br>iphone 6 IMEI 358373066087809. passcode 9925 telephone belongs to Daniel Lopez 787-403-1441<br><br>Item currently 'Checked Out' |
| **Case #:** 15UISJ2182HC07HC<br>**Item ID:** 14345-30 | **Category::**<br>**Description:**<br>**Old Date Field:**<br>**Location:** | CELL PHONE<br>iphone 6 IMEI 359236060013205. passcode 0206 telephone belongs to Edna Rivera 787-403-1471<br><br>Item currently 'Checked Out' |
| **Case #:** 15UISJ2182HC07HC<br>**Item ID:** 14345-32 | **Category::**<br>**Description:**<br>**Old Date Field:**<br>**Location:** | DIGITAL MEDIA<br>USB storage devices wrist band. One red one black.<br><br>Item currently 'Checked Out' |

Submitted By: _Robert Peelish_ DATE: 12/31/15

Received By: _[signature]_ DATE: 1-11-2016